■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARNABAS LOUIS, Appellant. [759 NYS2d 693] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered January 8, 2001, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions that the prosecutor engaged in prejudicial conduct in cross-examining him and on summation are largely unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Rupnarain,* 299 AD2d 498 [2002], *lv denied* 99 NY2d 619 [2003]; *People v Morel,* 297 AD2d 757 [2002], *lv denied* 99 NY2d 561 [2002]). In any event, the allegedly improper conduct did not result in reversible error (*see People v Hunte,* 276 AD2d 717 [2000]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Ritter, J.P., Smith, S. Miller and Adams, JJ., concur.